# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **CHANDRIA OBRIEN,** *Plaintiff* | § § § § | |
| **v.** | § § | **Case No. 1:24-CV-00340-RP** |
| **GENERAL MOTORS, LLC,** *Defendant* | § § § | |

## O R D E R

Plaintiff Chandria Obrien filed her Complaint on April 1, 2024. Dkt. 1. Defendant General Motors, LLC filed its Answer on April 26, 2024. Dkt. 5. Contrary to this Court's Local Rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. TEX. LOC. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint agreed proposed scheduling order using Judge Robert Pitman's form on or before **July 19, 2024**.

**SIGNED** on July 2, 2024.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1